IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KIRSTIE WADE, both individually and on behalf of her minor children, ABRIANA CHAVEZ, JAYDEN CHAVEZ and OSCAR CHAVEZ, JR., <br><br> Plaintiff, <br><br> v. <br><br> POTTAWATTAMIE COUNTY, a Political Subdivision of the STATE OF IOWA, <br><br> Defendant. | 8:22CV298 <br><br> **JUDGMENT** |

In accordance with the Memorandum and Order entered today (Filing No. 14), this case is dismissed without prejudice for lack of personal jurisdiction. *See* Fed. R. Civ. P. 12(b)(2).

Dated this 15th day of December 2022.

BY THE COURT

Robert F. Rossiter, Jr.
Chief United States District Judge