IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KIRSTIE WADE, both individually and on behalf of her minor children, ABRIANA CHAVEZ, JAYDEN CHAVEZ and OSCAR CHAVEZ, JR., <br><br> Plaintiff, <br><br> vs. <br><br> POTTAWATTAMIE COUNTY, a Political Subdivision of the STATE OF IOWA, <br><br> Defendant. | Case No. 8:22-cv-00298 <br><br><br> **NOTICE OF APPEAL** |

    Notice is hereby given that Kirstie Wade, both individually and on behalf of her minor children, Abriana Chavez, Jayden Chavez, and Oscar Chavez Jr. appeals to the United States Court of Appeals for the Eighth Circuit from the:

- ⊗ Judgment
- ⊗ Order (Specify)
     Memorandum and Order

Entered in this action on  December 15, 2022

                             KIRSTIE WADE, both individually and on behalf of her minor children, ABRIANA CHAVEZ, JAYDEN CHAVEZ and OSCAR CHAVEZ, JR., Plaintiff,

                   By: /s/ Eric R. Chandler
                       ERIC R. CHANDLER, #23313
                       Law Office of Eric R. Chandler, PC, LLO
                       319 South 17th Street, Suite 522
                       Omaha, Nebraska 68102

Ph: (402) 933-6858
Fax: (866) 929-7939
eric@ericchandlerlaw.com

And

SEAN M. CONWAY, #23490
Dornan, Troia, Howard,
Breitkreutz & Conway, PC LLO
1403 Farnam Street, Suite 232
Omaha, Nebraska 68102
Ph: (402) 884-7044
Fax: (402) 884-7045
sean@dltlawyers.com

Attorneys for Plaintiff

<u>CERTIFICATE OF COMPLIANCE</u>

    I hereby certify that I have filed or served copies of this notice of appeal upon the United States District Court and all counsel of record.

                      /s/ Eric R. Chandler