# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 23-1059
_____

Kirstie Wade, both individually and on behalf of her minor children, Abriana Chavez, Jayden Chavez, and Oscar Chavez, Jr.

Plaintiff - Appellant

v.

Pottawattamie County, a Political Subdivision of the State of Iowa

Defendant - Appellee

_____

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:22-cv-00298-RFR)
_____

**JUDGMENT**

Before ERICKSON, MELLOY, and STRAS, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is reversed and the cause is remanded to the district court for proceedings consistent with the opinion of this court.

May 07, 2024

Order Entered in Accordance with Opinion:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
           /s/ Stephanie N. O'Banion