IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KIRSTIE WADE, both individually and on behalf of her minor children, ABRIANA CHAVEZ, JAYDEN CHAVEZ and OSCAR CHAVEZ, JR., <br><br> Plaintiff, <br><br> v. <br><br> POTTAWATTAMIE COUNTY, a Political Subdivision of the STATE OF IOWA, <br><br> Defendant. | 8:22CV298 <br><br> **ORDER** |

    This matter is before the Court on remand from the United States Court of Appeals for the Eighth Circuit. *See Wade v. Pottawattamie County*, 100 F.4th 991, 994 (8th Cir. 2024). The Eighth Circuit ruled that this Court erred in granting defendant Pottawattamie County's Federal Rule of Civil Procedure 12(b)(2) motion to dismiss for lack of personal jurisdiction. *See Wade*, 100 F.4th at 994. The mandate issued on May 28, 2024 (Filing No. 26).

    In light of the Eighth Circuit's decision, this Court will now consider Pottawattamie County's alternative motion to dismiss for failure to state a claim (Filing No. 6). *See* Fed. R. Civ. P. 12(b)(6). Though the issues were fully briefed at the time of the Court's prior decision, the Court will provide the parties the opportunity to file simultaneous supplemental briefs to address the pending Rule 12(b)(6) motion. Any such supplemental briefing shall be filed with the Court on or before June 17, 2024.

    IT IS SO ORDERED.

2

Dated this 4th day of June 2024.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge

2