IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KIRSTIE WADE, both individually and on behalf of her minor children, Abriana Chavez, Jayden Chavez, and Oscar Chavez, Jr.; <br><br> Plaintiff, <br><br> vs. <br><br><br> POTTAWATTAMIE COUNTY, a Political Subdivision of the State of Iowa; <br><br> Defendant. | 8:22CV298 <br><br><br> ORDER |

The parties have reached a mediated settlement agreement and Plaintiff will need additional time to file conservatorship actions related to the minor children's settlements and obtain Douglas County Court approval for the same. (Filing No. 78). Defendants need to obtain approval of the mediated settlement from their Board of Supervisors. Plaintiff has requested a continuance of all case deadlines, including briefing deadlines associated with the parties' motions for summary judgment. Accordingly,

**IT IS ORDERED:**

1. Plaintiff's Unopposed Motion to Extend or Amend Progression Deadlines is granted for good cause shown (Filing No. 78).
2. The briefing deadlines as to the pending motions for summary judgment (Filing Nos. 68 and 71) are stayed.

3. On or before December 15, 2025, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

4. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

5. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 15th day of September, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge